**Order entered May 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00520-CV
No. 05-19-00521-CR

**IN RE GENTRY S. LEONARD, Relator**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. M18-62976-I & MI18-62478-I**

## ORDER

Before the Court are relator's May 2, 2019 motions for leave to file petition for writ of mandamus. A motion for leave is not required for a petition for writ of mandamus to be filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1. Relator's petitions for writ of mandamus were filed by the Clerk of the Court, remain pending, and will be decided in due course. Accordingly, we **DENY AS MOOT** relator's motions for leave to file the petitions for writ of mandamus.

/s/    ADA BROWN
        JUSTICE